UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ANTHONY CHONG,<br><br>Petitioner,<br><br>v.<br><br>AMADOR COUNTY JAIL,<br><br>Respondent. | No. 2:25-cv-1469-TLN-CKD<br><br><br><br>**ORDER** |

Petitioner Angel Anthony Chong ("Petitioner"), who is currently detained or in custody at the Atascadero State Hospital, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 18, 2025, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 11.) Petitioner filed objections to the findings and recommendations and a motion to amend the petition, among other filings. (*See* ECF Nos. 12, 13, 14, 16, 18, 19.)

On July 9, 2025, the magistrate judge filed supplemental findings and recommendations which were served on Petitioner and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 21.) Petitioner filed

1

various motions and other documents which the court construes as containing objections to the findings and recommendations or supplemental findings and recommendations. (ECF Nos. 22–23, 26, 28, 31–34.) Most recently, Petitioner also filed a motion requesting that the petition be dismissed without prejudice. (ECF No. 35.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations and supplemental findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations and supplemental findings and recommendations (ECF Nos. 11, 21) are ADOPTED in full;
2. Petitioner's motion to dismiss the petition without prejudice (ECF No. 35) is GRANTED;
3. The petition for writ of habeas corpus is DISMISSED without prejudice;
4. Petitioner's other pending motions (ECF Nos. 12, 16, 23, 26, 28, 30, 32, and 33) are DENIED as moot;
5. The Clerk of Court is directed to close this case; and
6. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Date: September 9, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2